UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HENRY RIVERA RAMOS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br><br>Respondent. | Case No. 5:26-cv-06108-DOC-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) ordering Respondent to immediately release Petitioner Henry Rivera Ramos (A# 220-235-945) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained; (c) ordering Respondent to return all property and documents confiscated from Petitioner (if any) during his

arrest and processing into detention; (d) enjoining Respondent and its officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with him, from re-detaining Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter; and (e) ordering Respondent to file a status report within two (2) business days of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Dated: November 18, 2026

David O. Carter

DAVID O. CARTER
United States District Judge