JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HENRY RIVERA RAMOS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br><br>Respondent. | Case No. 5:26-cv-06108-DOC-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued ordering Respondent to immediately release Petitioner Henry Rivera Ramos (A# 220-235-945) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondent is ordered to return all property and documents confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondent and its officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with him, are enjoined from re-detaining

Petitioner without complying with all applicable statutes and regulations, including written notice and a pre-deprivation hearing before a neutral arbiter.

Respondent is ordered to file a status report within two (2) business days of the date of this Order to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Dated: November 18, 2026

David O. Carter

DAVID O. CARTER
United States District Judge